# CLUB IDL USA
## INTERNATIONAL DRIVER LICENSE

To: **Manager/Owner**

FROM: CLUB IDL USA

DATE: 07/26/16

# OF PGS. : 4 INCLUDING COVER SHEET

HELLO,

I AM SENDING INFORMATION REGARDING THE INTERNATIONAL DRIVER LICENSES. AT THIS TIME THERE IS NO REGISTRATION OR AFFILIATION FEE. AS SOON AS WE RECEIVE YOUR REGISTRATION FORM WE WILL SEND YOU A WELCOME PACKAGE WHICH WILL INCLUDE POSTER, FLYERS AND OTHER FREE ADVERTISING MATERIALS. PLEASE FEEL FREE TO CALL US IF YOU HAVE ANY QUESTIONS.

**Club IDL USA Directory:**

Telephone .......................... (866) 691-4435

**Your Agent: Obed**

**Manager: Laura Bautista** ............................... Ext. 1

Fax ........................................................ (866) 691-0045

E-mail ................................ clubidl@hotmail.com
To send files only. Para mandar archivos solamente.

Website ............................................. www.clubidlusa.com

**Tel: (866) 691 4435**   Club IDL USA 4470 W. Sunset Blvd
Ste. 301 Los Angeles Ca. 90027

# Ex. A

# International Drivers License (IDL) de la World Wide Community of Vehicle Operators (WWCVO)



Congratulations you have receive and invitation to become an International Drivers License distributor.
We hope you take advantage of this great business opportunity.

Sincerely IDL Club.



### Frequent questions: What is an International Drivers License (IDL)?

There were approximately 200 countries that signed the Traffic vehicle Roads and safety agreement celebrated in Vienna Austria in 1923, 1943, 1942and 1968 conducted by the UN and established the requirements for the document International Drivers that allows any person to drive a vehicle in any country the person is visiting using the same Driver license of the person's origin country but only if is carrying and International Drivers License (IDL).

Where can I use it?

In more than 200 countries that signed and belongs to the UN among those, USA, MEXICO, FRANCE, CANADA, GERMANY, etc.

When to use it?

When visiting a country and needs to drive a motorize vehicle.

How to use it?

IDL is a translation of your native driver's license and must be carried with the person's original drivers license to prove that the person is qualified to drive a motorized vehicle. Who ever carry the IDL is fully responsible to drive according to the laws of the county the person is visiting. Any one whose driver license has been revoked or suspended cannot use an IDL as a substitute of the original driver license.

### Why is a business opportunity for me?

This is a business opportunity because you as a travel agency or insurance agency owner your costumers might need an IDL for the following reasons:

- If they travel to another country and they need to rent an drive a car (in some countries cannot drives without an IDL).

- A tourist who came from another country and need an insurance to drive in the USA.

### What are the benefits for selling an IDL WWCVO?

A survey in the state of CA revealed that 85% of insurance and travel agencies sold the IDL for $180 up to $300 dollars and the profit margin does not exceed 50 dollars.

The price to the general public for our IDL package (card and book) is 175 dollars (consumer price) for a year, 200 dollars for 3 years, 250 dollars for 5 years and 350 dollars for 10 years. Our prices are much better than the competition and these prices will give our representatives an advantage in the marketplace, and the representatives' commission will be a minimum earning of 75 or up to 200 dollars per package.

### What are the requirements to obtain an IDL?

Just send us color passport size photography, a copy of your client's original driver license and the application signed by your client. The process takes about 8 to 10 business days after we received your application.

### What are the requirements to become an IDL distributor?

Just fill out the form and send it by mail and we will send you back the instructions and applications of how to fill them out. Also you will receive absolutely free the following BENEFITS:

-Buy IDL's valid from 1 to 3 years for $99.95 or 5 to 10 years for $149.95 (postage and handling included)

Also receive,

a FREE* poster to be displayed at your office or business place.

### "Publicity sell"
Send your order now and get your free poster. The shipping and handling is the only investment.
Order now!!!

There are no future payments for membership and you are not forced to buy anything else.

# International Drivers License
## Of
## World Wide Community of Vehicle Operators

**SUBSCRIPTION FORM**            Obed

Business name: _____

Business owner: _____

Address: _____

City: _____ Zip Code _____

Telephone: _____ Fax: _____

Web-site: _____ E-mail _____

How would you like to receive your information? English ____ Spanish ____

☐ **Yes!** I want to sell IDL that I select that is valid for 1 to 3 years, my agent cost is $99.95 or 5 to 10 years for $149.95 (includes postage and handling)

☐ **Yes!** Send me a poster (11x 17) FREE* to be displayed at my business.

☐ **Yes!** I understand and agree that is a one time fee of $99.00 for the affiliate fee for my company. **(SPECIAL PROMOTION. NO CHARGE)**

### Agreement:

I agree and understand how International Drivers License (IDL) works according to the explanation in "Frequent Questions" I also understand that IDL is not responsible for any misuses of the documents, and I understand that (IDL) is not responsible for any action taken by the federal authorities in reference to these documents.

I understand that by sending this subscription, my agency will be kept in a client list and that my agency has no obligation to buy or make any future payments for any membership subscription or anything else that is not a product or service. And there is no additional charge or future membership fees for or anything else that is not a product or service.

Name and Signature: _____ Date: _____

Send check or money order to the address below:

"Club IDL USA"
4470 W. Sunset Blvd Ste 301
Los Angeles, CA. 90027
Or Fax to: 866-691-0045

Please send your business information (optional) _____

_____

# International Drivers License (IDL) de la World Wide Community of Vehicle Operators (WWCVO)



Felicidades usted a recibido esta invitación para que sea un distribuidor mas de nuestra International Drivers License. Esperamos que esta sea una interesante oportunidad de negocio para usted.

Sinceramente, Club IDL.



### Preguntas frecuentes: ¿que es la International Drivers Licence (IDL)?

Aproximadamente fueron 200 países los que firmaron el "Acuerdo de Trafico Vehicular, Caminos y Seguridad" en las convenciones celebradas en 1923, 1943, 1942 y 1968 en la ciudad de Viena Austria y fueron dirigidas por la ONU -Organización de las Naciones Unidas- las cuales establecieron el reglamento para el documento de manejo internacional para que personas extranjeras puedan manejar en el país que visitan con la licencia de su país de origen, siempre y cuando esta sea acompañada con una licencia internacional (IDL).

### ¿Dónde se puede usar?

En mas de 200 países firmantes del acuerdo y miembros de la ONU entre ellos, USA, México, Francia, Canadá, Alemania, etc.

### ¿Cuándo se usa?

Cuando una persona viaja al extranjero y necesita operar un vehículo motorizado en el país que visita.

### ¿Cómo se usa?

La IDL es una traducción de la licencia original, y deberá de ir siempre acompañada de la licencia original de la persona, ya que esta demuestra que la persona esta calificada para operar un vehículo motorizado, pero la persona que usa una IDL es totalmente responsable de ponerse al tanto de las leyes de transito del país al que visita, una persona a la que se le haya revocado o suspendido su permiso de manejar original, no podría usar la IDL como sustituto de su licencia original.

### ¿Por que esto es una oportunidad de negocio para mí?

Esto es una oferta para usted que es propietario de una agencia de viajes o de una compañía de seguros para automovilistas, ya que sus clientes -según sea el caso- necesitan una IDL por las siguientes razones:

-Viajan al extranjero y necesitan rentar o manejar un vehículo motorizado (en algunos países no se puede rentar un automóvil sin una IDL).

-Son originarios de otros países y necesitan una aseguranza para manejar en USA con la licencia original de su país.

### ¿Cuál es el beneficio de vender una IDL de WWCVO?

Una encuesta en el estado de CA revelo que en el 85% de negocios -agencia de viajes y compañía de seguros- venden las IDL al publico desde 180 y hasta 235 dólares y los márgenes de ganancias no sobrepasan los 50 dólares.

El precio al publico de nuestro paquete (tarjeta y libro) es de 175 dólares (precio público) por un año, 200 dólares por 3 años, 250 dólares por 5 años y 350 dólares por 10 años. Comparado con la competencia, este precio le da ventaja en el mercado, y su comisión mínima es de 75 hasta 200 dólares por paquete.

### ¿Cuales son los requisitos para obtener una IDL?

Solo mande una fotografia a color tamaño pasaporte, una fotocopia de la licencia de manejo original y la aplicación llenada y firmada por su cliente. El tramite toma de 8 a 10 días hábiles después de que recibimos su aplicación.

### ¿Cuáles son los requisitos para vender IDL's?

Solamente complete la ficha de registro adjunta y envíela por correo con su pago y a vuelta de correo le enviáremos sin ningún cargo adicional las aplicaciones e instrucciones de cómo llenarlas, además reciba los siguientes BENEFICIOS:

-Compre IDL's con 1 y 3 años de vigencia POR $99.95 ó 5 y 10 años POR $149.95 envío y manejo incluido.

Y además.-

-Reciba GRATIS* un póster para hacer la publicidad de la IDL en su negocio u oficina.


**"LA PUBLICIDAD VENDE"**
**ENVIE SU FICHA HOY MISMO Y ASEGURE GRATIS UN POSTER DE PARED A TODO COLOR.**
**¡¡¡PIDALO YA!!!**


### ¿Cuánto me cuesta poder vender IDL's?

Despues del pago por activacion de $99.00 No tiene la obligación de comprar nada ni de hacer pagos futuros por membresías o subscripciones tampoco tiene obligaciones futuras de hacer pagos para tener el derecho de ser nuestro cliente o comprar nuestros productos o servicios.
Usted es nuestro cliente y solamente paga por nuestros productos o servicios.

# International Drivers License
## de la
## World Wide Community of Vehicle Operators

### FICHA REGISTRO.             **Obed**

Nombre del negocio: _____

Nombre del propietario o administrador: _____

Dirección: _____

Ciudad: _____ Zona postal: _____

Teléfonos: _____ Fax: _____

Web-site: _____ E-mail _____

¿Cómo desea recibir su información?   Ingles ___  ó  Español ___

☐ **Sí!** Quiero vender IDL con la vigencia que yo elija, con mi costo de 1 y 3 años por 99.95 ó 5 y 10 años por el precio de 149.95 (además incluye envió y manejo)

☐ **Sí!** Quiero un póster (11x17) GRATIS* para hacer la publicidad de la IDL en mi negocio.

☐ **Sí!** Entiendo y estoy de acuerdo que hay un cargo de $99.00 por registro y activacion de mi negocio.**(PROMOCION ESPECIAL.NO CARGOS )**

### ACUERDO:

Entiendo y comprendo que es y como funciona la International Drivers Licence (IDL) según como se expresa en la pagina de "preguntas frecuentes: ¿qué es la IDL?" que recibí con esta ficha de registro. Y entiendo que "Club IDL" no es responsable del uso que se le dé a los documentos. Y entiendo que "Club IDL" no es responsable por las decisiones que tomen las autoridades federales con respecto a los documentos.

Entiendo que al mandar esta ficha, "Club IDL" solamente pretende tenerme en su lista de clientes, y no tengo la obligación de comprar nada ni de hacer pagos futuros por membresía, suscripción o cualquier otra cosa que no sea un producto o servicio.

Nombre y firma: _____ Fecha : _____

Envié esta ficha junto con su cheque o money order a:

"Club IDL USA"
4470 W. SUNSET BLVD. STE 301
LOS ANGELES, CA 90027
FAX # (866) 691-0045

Por favor envié los datos de sus sucursales.(opcional) _____

_____

_____