AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:17cv2257

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __CLUB IDL USA__
was received by me on *(date)* OCT '17

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __CMRA-OWNER/MANAGER, REFUSED NAME AS AGENT FOR SERVICE PER B&P CODE 17538.5(c)(2)__ who is designated by law to accept service of process on behalf of *(name of organization)*
__CLUB IDL USA__ on *(date)* __11-2-17 @ 11AM__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ __135.00__

I declare under penalty of perjury that this information is true.

Date: __11-28-17__

*Server's signature*

RICHARD HORNER, RPS# 2012106069
LEGAL RESOURCE SERVICES
8117 W. MANCHESTER AVE #100
Playa del Rey, CA 90293
877-934-3836

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| VIRGIL E. BROWN INSURANCE | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 1:17cv2257 |
| CLUB IDL USA | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> CLUB IDL USA
> c/o Registered Agent
> 4470 W. Sunset Blvd., Suite 301
> Los Angeles, CA 90027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Marc E. Dann
> Brian D. Flick
> DannLaw
> PO Box 6031040
> Cleveland OH 44103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:  10/25/2017

s/Jody Wilson
*Signature of Clerk or Deputy Clerk*